DURAFLAME, INC., a California
corporation, Plaintiff–
Appellee,

v.

CONROS CORPORATION, a Canadian
corporation, Defendant–Appellant.

No. 00–56870.

D.C. No. CV–00–04521–DDP.

United States Court of Appeals,
Ninth Circuit.

---

1.  The panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

Submitted Feb. 12, 2001.[1]

Decided Feb. 15, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

## MEMORANDUM [2]

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction pursuant to 28 U.S.C. § 1292(a)(1), and we affirm.

Our inquiry is limited to whether the district court has abused its discretion in granting a preliminary injunction, or based its decision on an erroneous legal standard or on clearly erroneous findings of fact. *See Does 1–5 v. Chandler,* 83 F.3d 1150, 1152 (9th Cir.1996).

The record before us shows that the district court did not rely upon an erroneous legal premise or abuse its discretion by granting a preliminary injunction against Conros Corporation. *See id.; see also Sports Form, Inc. v. United Press Int'l, Inc.,* 686 F.2d 750, 753 (9th Cir.1982) (stating legal standards governing issuance of preliminary injunction). Moreover, the court's factual findings are not clearly erroneous. *See Chandler,* 83 F.3d at 1152.

Accordingly, the district court's order is

AFFIRMED.

1. Appellant's request for oral argument is denied, because the panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.